UNITED STATES DISTRICT COUT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR − 5 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **4:25CR102 AGF/SPM** |
| | ) |
| MELVIN JENKINS, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 12, 2024, within the Eastern District of Missouri,

**MELVIN JENKINS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a

mixture or substance containing fentanyl, Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(B).

### COUNT TWO

The Grand Jury further charges that:

On or about December 12, 2024, within the Eastern District of Missouri,

**MELVIN JENKINS,**

the Defendant herein, did knowingly possess one or more firearms in furtherance of the

commission of a drug trafficking crime which may be prosecuted in a court of the United States,

to-wit: possess with the intent to distribute a controlled substance, including but not limited to

fentanyl, as charged in Count Two herein.

In violation of Title 18, United States Code, Sections 2 and 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts one through five and nine, and pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon a conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in Counts seven and eight, the defendants shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly as a result of such violation(s).

3. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney