UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR − 5 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,    )
                             )
Plaintiff,                   )
                             )
v.                           )    **4:25CR102 AGF/SPM**
                             )
MELVIN JENKINS,              )
                             )
Defendant.                   )

## MOTION FOR PRETRIAL DETENTION

COMES NOW the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Paul J. D'Agrosa, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.  As and for its grounds, the United States of America states as follows:

1.    Defendant is charged with one count possession with the intent to distribute fentanyl in violation of Title 21, United States Code, Section 841 and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

2.    The United States submits that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

/s/   Paul J. D'Agrosa
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200